# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ROBBIE L. AMENDE,

     Plaintiff,

v.                                 CASE NO: 8:09-cv-2347-T-26AEP

DOLPHIN INDUSTRIES, INC.,
PREMIER STAFFING, INC., and
AUBREY SHOEMAKE,

     Defendants.

_____/

## O R D E R

Upon due consideration of Defendant Aubrey Shoemake's submissions, together with the

procedural history of this case reflected in the court docket, it is ordered and adjudged that

Defendant Aubrey Shoemake's Motion for Attorney Fees and Sanctions (Dkt. 18) is denied. The

Court will afford Plaintiff the benefit of the doubt that he and his counsel did not act in bad faith

in view of the fact that they withdrew the claims against Defendant Shoemake embodied in

counts I, II, and V of the original complaint when they filed the amended complaint.[1] Moreover,

if, as Defendant Shoemake contends, the law was so well-settled, why did it take his attorneys

---

[1] As Defendant Shoemake notes in the motion, Plaintiff's counsel contacted defense counsel three days after the motion to dismiss was filed to advise of Plaintiff's intent to amend the complaint to withdraw the individual claims against Defendant Shoemake alleged in counts I, II, and V.

over thirteen hours to research and prepare what should have been a rather simple motion to dismiss.

**DONE AND ORDERED** at Tampa, Florida, on February 18, 2010.


_____s/*Richard A. Lazzara*_____
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record